United States District Court
Southern District of Texas

**ENTERED**
April 26, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:16-CR-147 |
| | § | |
| SHAWN THOMAS POTTS, *et al*, | § | |
| | § | |
| Defendants. | § | |

### RECUSAL ORDER

I stand recused in this case. Deadlines in scheduling orders continue in effect. Court settings are vacated.

SIGNED at Houston, Texas, this 25th day of April, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

1 / 1