IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CR. NO. 16-CR-0147 |
| ROBERT STANLEY CORBITT | § | |

## MOTION TO AMEND CONDITIONS OF BOND

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Robert Stanley Corbitt, Defendant, by and through his retained counsel, Charles W. Medlin, and presents this Motion to Amend Conditions of release, and in support thereof would show as follows:

I.

Defendant seeks permission to travel within the United States as required for his business, without prior permission from the Court.

II.

The Defendant has business in New Jersey, New York and Massachusetts, and potentially other locations.

III.

The Defendants Co-defendant has unrestricted travel.

IV.

Ms. Elizabeth Martinez is Mr. Corbitt's supervisor officer and is unopposed to this motion. The Assistant United States attorney is Mr. Robert Johnson. He was called but not reached; therefore we are unaware of his position on this motion.

V.

Therefore, the Defendant asks that the Condition of Bond be amended to allow him to travel within the United States as may be required for his business.

Respectfully submitted,

_____
CHARLES W. MEDLIN

CERTIFICATE OF SERVICE

I, CHARLES W. MEDLIN, hereby certify that a true and correct copy of the foregoing Motion was forwarded to the Assistant United States Attorney presently assigned to this case on the 26th day of May, 2016

_____
CHARLES W. MEDLIN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CR. NO. 16-CR-0147 |
| § | |
| ROBERT STANLEY CORBITT § | |

## **ORDER**

On this the _____ day of _____, 2016, the above and foregoing Motion was heard and is hereby:


[GRANTED] _____          [DENIED] _____


_____
**JUDGE PRESIDING**